

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-29-2005

# Paripovic v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 03-4193

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Paripovic v. Atty Gen USA" (2005). *2005 Decisions.* Paper 584.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/584

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 03-4193

ZELJKO PARIPOVIC
Petitioner

v.

*ALBERTO R. GONZALES, ATTORNEY GENERAL
OF THE UNITED STATES OF AMERICA,
Respondent

* Substituted pursuant to Rule 43c, F.R.A.P.

On Appeal from an Order entered before
The Board of Immigration Appeals
(No. A72-780-152)

Argued December 13, 2004

Before: AMBRO, VAN ANTWERPEN and STAPLETON, <u>Circuit Judges</u>

(Opinion filed August 12, 2005)

Sunit K. Joshi, Esquire (Argued)
Sokol Braha, Esquire
Joshi & Associates, P.C.
225 Broadway, Suite 705
New York, NY  10007

    Attorneys for Petitioner

Peter D. Keisler
  Assistant Attorney General
Civil Division
Richard M. Evans

Assistant Director
Douglas Ginsburg, Esquire
John D. Williams, Esquire
David E. Dauenheimer, Esquire (Argued)
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C.   20044

      Attorneys for Respondent

## ORDER  AMENDING  PUBLISHED  OPINION

AMBRO, *Circuit Judge*

IT IS NOW ORDERED that the published Opinion in the above case filed August 12, 2005, be amended as follows:

On page 7, replace the entire paragraph in the middle of the page beginning "Because Paripovic's deportation . . . (Sept. 30, 1996).", with the following:

> At the time Paripovic's petition for review (which relates to deportation proceedings begun prior to April 1, 1997) was filed, our jurisdiction arose from the former Immigration and Nationality Act ("INA") § 106(a) and was governed by the "transitional rules" of § 309(c) of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, Pub. L. No. 104-208, 110 Stat. 3009 (Sept. 30, 1996).  On May 11, 2005, Congress enacted The REAL ID Act, which provides, *inter alia*, that a "petition for review filed under former section 106(a) of the Immigration and Nationality Act . . . shall be treated as if it had been filed as a petition for review under [8 U.S.C. § 1252], as amended by this section." REAL ID Act § 106(d), 119 Stat. 310-311 (May 11, 2005).  Thus, our jurisdiction now arises under 8 U.S.C. § 1252, as amended by The REAL ID Act.  *Cf. Elia v. Gonzales*, __ F.3d __, 2005 WL 1903723 at *3 (6th Cir. July 22, 2005).

      By the Court,


      /s/ Thomas L. Ambro, Circuit Judge

Dated: August 29, 2005